UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVON LEO TRACY,

                    Plaintiff,

        v.

JACK HASKINS, LEWIS COUNTY
SHERIFF'S OFFICE, and LEWIS COUNTY

                    Defendants.

CASE NO. 14-cv-5893-RBL-JRC

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

Richard Creatura, objections to the Report and Recommendation, if any, and the remaining

record, does hereby find and **ORDER:**

   (1)    The Court adopts the Report and Recommendation.

   (2)    This case is **Dismissed With Prejudice** on defendants' motion for summary
          judgment.

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

1  (3)   The Clerk is directed to send copies of this Order to Plaintiff, counsel for any
          Defendants who have appeared, and to the Hon. J. Richard Creatura.

2

3  Dated this 18th day of August, 2015.

4

5  _____

6  Ronald B. Leighton
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2